**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-7732**

───────────

GILBERT BLACKWELL,

                    Petitioner - Appellant,

    versus

EARL BESHEARS,

                    Respondent - Appellee.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-98-
1492-AMD)

───────────

Submitted:  February 11, 1999    Decided:  February 25, 1999

───────────

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Gilbert Blackwell, Appellant Pro Se.  John Joseph Curran, Jr., At-
torney General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Blackwell v. Beshears, No. CA-98-1492-AMD (D. Md. Oct. 22, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2